IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID A. ADEWUMI, :
:
    Plaintiff :
:
v. : CIVIL NO. 4:CV-14-807
:
RANDY WITHENLE, ET AL., : (Judge Brann)
:
    Defendants :

## ORDER

June 9, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Adewumi's action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.
2. The Clerk of Court is directed to **CLOSE** the case.
3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge